**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ | ) | |
| (DROSPIRENONE) MARKETING, SALES | ) | **3:09-md-02100-DRH** |
| PRACTICES AND PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | **MDL No. 2100** |
| | ) | |

**This Document Relates To:**

| | |
|---|---|
| *Penny Bertolasio, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11464-DRH |
| *Carrie Brooks, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12724-DRH |
| *Brianna Cabiao v. Bayer Corporation, et al.* | No. 09-cv-10224-DRH |
| *Carla K. Davis v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13551-DRH |
| *Colleen M. Dreher v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12299-DRH |
| *Jennifer DuFore v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10201-DRH |
| *Jessica Frank v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12613-DRH |
| *Samantha J. Galbraith v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13491-DRH |
| *Raiza Garcia v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10222-DRH |
| *Amanda Gardenour v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11717-DRH |
| *Nicole Gossage v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11166-DRH |
| *Angie D. Graves, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11705-DRH |
| *Gayna Guidici, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12203-DRH |

*Stephanie Hartzfeld v. Bayer HealthCare*                No. 10-cv-10582-DRH
*Pharmaceuticals Inc., et al.*

*Jaleesa Haygood v. Bayer HealthCare*                    No. 12-cv-11167-DRH
*Pharmaceuticals Inc., et al.*

*Jennifer C. Hein v. Bayer HealthCare*                   No. 12-cv-10809-DRH
*Pharmaceuticals Inc., et al.*

*Christina M. Hebert, et al. v. Bayer*                   No. 11-cv-12615-DRH
*HealthCare Pharmaceuticals Inc., et al.*

*Heather Holliday, et al. v. Bayer HealthCare*           No. 10-cv-11602-DRH
*Pharmaceuticals Inc., et al.*

*Ellen Hollingsworth, et al. v. Bayer*                   No. 12-cv-10916-DRH
*HealthCare Pharmaceuticals Inc., et al.*

*Virginia Kauffman, et al. v. Bayer*                     No. 10-cv-12207-DRH
*HealthCare Pharmaceuticals Inc., et al.*

*Rebecca Kurtz v. Bayer Corporation, et al.*            No. 10-cv-10076-DRH

*Christina LaBelle, et al. v. Bayer*                     No. 10-cv-12208-DRH
*HealthCare harmaceuticals Inc., et al.*

*Tracy Laforet-Neer v. Bayer HealthCare*                No. 10-cv-10223-DRH
*Pharmaceuticals Inc., et al.*

*Ashley Lenardi v. Bayer HealthCare*                    No. 10-cv-10291-DRH
*Pharmaceuticals Inc., et al.*

*Lynda Lindsay v. Bayer HealthCare*                     No. 10-cv-10798-DRH
*Pharmaceuticals Inc., et al.*

*Elizabeth M. Lofgren v. Bayer HealthCare*              No. 11-cv-12759-DRH
*Pharmaceuticals Inc., et al.*

*Brittany Looney v. Bayer HealthCare*                   No. 10-cv-10285-DRH
*Pharmaceuticals Inc., et al.*

*Bryn K. Mahan v. Bayer HealthCare*                     No. 11-cv-10465-DRH
*Pharmaceuticals Inc., et al.*

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 23, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.


**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

BY:   _/s/Caitlin Fischer_
**Deputy Clerk**

**Dated:**  June 24, 2014

Digitally signed by
David R. Herndon
Date: 2014.06.24
16:33:41 -05'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**